Form 332 332.jsp

**UNITED STATES BANKRUPTCY COURT**
District of Rhode Island

Chapter: 7    Case No.: 1:19–bk–10275
Judge: Diane Finkle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Christine A. Kettelle
65 Potters Avenue
West Warwick, RI 02893

**NOTICE OF APPOINTMENT OF INTERIM TRUSTEE AND**
**APPROVAL OF BLANKET BOND**

1. The following interim Trustee is hereby appointed, and the Trustee's standing bond is fixed under the general blanket bond heretofore approved.

Lisa A. Geremia
Geremia & DeMarco Ltd.
620 Main Street CU 3A
East Greenwich, RI 02818

2. If the Trustee rejects this selection, the Trustee must notify the Court and the U.S. Trustee within five (5) days of receipt of this notice. Otherwise, the Trustee will be deemed to have accepted the office of trustee.

Dated: 2/26/19

United States Trustee

REJECTION

I, Lisa A. Geremia , hereby REJECT appointment as Trustee.
Dated: _____

_____
Lisa A. Geremia

NOTE: If rejected, file with the Court.